UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Master Docket No. 09-md-02063-JLK-KMT (MDL Docket No. 2063)

| IN RE: OPPENHEIMER ROCHESTER FUNDS | ) |
| GROUP SECURITIES LITIGATION | ) |
| | ) |
| This document relates to: | ) |
| 1:09-cv-01908-JLK-KMT (Lariviere) | ) |
| | ) |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF MARY ANN LARIVIERE, AS TRUSTEE FOR THE FAMILY TRUST OF MARY M. KAVULA**

This matter came before the Court on the Motion to Withdraw as Counsel for Plaintiff Mary Ann Lariviere, as trustee for the family trust of Mary M. Kavula, [Doc. #304], filed October 20, 2010. The Court, having reviewed the pleadings filed herein and being fully advised of the premises contained therein, hereby GRANTS the motion and ORDERS that:

The law firm of Richardson, Patrick, Westbrook & Brickman, LLC, including but not limited to Daniel O. Myers and Catherine H. McElveen, are hereby withdrawn from representing Plaintiff Mary Ann Lariviere, as trustee for the family trust of Mary M. Kavula.

The Clerk of the Court shall terminate the association of Richardson, Patrick, Westbrook & Brickman, LLC, including but not limited to Daniel O. Myers and Catherine H. McElveen, with Plaintiff Mary Ann Lariviere, as trustee for the family trust

1

of Mary M. Kavula, and electronic noticing for Mr. Myers and Ms. McElveen shall be terminated.

Dated this 20th day of October, 2010.

BY THE COURT:

s/John L. Kane
John L. Kane, Senior Judge
United States District Court